ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARC A. WALLENSTEIN #10456
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:          (808) 541-2958
E-Mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2019

at 2 o'clock and 57 min. P M
SUE BEITIA, CLERK   JT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CR. NO. CR19 00116 LEK |
| | ) |
| Plaintiff, | )  INFORMATION |
| | ) |
| vs. | )  [26 U.S.C. § 5861(d) and 18 U.S.C. § 545] |
| | ) |
| MARTIN BARROZO, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The U.S. Attorney charges:

### Count 1
### Possession of Unregistered Firearm
(26 U.S.C. § 5861(d))

1

On or about March 26, 2019, within the District of Hawaii and elsewhere, MARTIN BARROZO, the defendant, knowingly possessed a firearm, namely, a machinegun conversion kit bearing a counterfeit Glock logo, which is a machinegun as defined in 5845(b) because it is designed and intended for use in converting a weapon into a machinegun, not registered to him in the National Firearms Registration and Transfer Record,

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

Count 2
Possession of Unregistered Firearms
(26 U.S.C. § 5861(d))

On or about March 26, 2019, within the District of Hawaii and elsewhere, MARTIN BARROZO, the defendant, knowingly possessed firearms, namely, two silencers as defined in Title 26, United States Code Section 5845(a) and Title 18, United States Code Section 921(24) because they were devices for silencing or diminishing the report of a portable firearm, comprised of (1) a black metal cylinder with threaded end caps, and (2) a white plastic cylinder with threaded end

caps, both not registered to him in the National Firearms Registration and Transfer Record,

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count 3
### Possession of Unregistered Firearms
### (26 U.S.C. § 5861(d))

On or about March 26, 2019, within the District of Hawaii and elsewhere, MARTIN BARROZO, the defendant, knowingly possessed firearms, namely, two rifles having a barrel of less than 16 inches in length, that is (1) a .556 caliber rifle manufactured by Anderson Manufacturing, model AM-15, bearing serial number 18193967, and (2) a .233 caliber rifle manufactured by DSA, Inc., model ZM4, bearing serial number DSF018729, both not registered to him in the National Firearms Registration and Transfer Record,

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Count 4
### Smuggling Goods into the United States
### (18 U.S.C. § 545)

In or about December 2018, within the District of Hawaii and elsewhere, MARTIN BARROZO, the defendant, fraudulently and knowingly did import and bring into the United States merchandise contrary to law, that is a machinegun

conversion kit bearing a counterfeit Glock logo, and after the importation thereof,

MARTIN BARROZO, the defendant, fraudulently and knowingly did receive and

facilitate the transportation of said merchandise, then knowing that said

merchandise had been imported and brought into the United States contrary to law,

in that it was a firearm not registered to him in violation of 26 U.S.C. § 5861(d),

All in violation of Title 18, United States Code, Section 545.

## Count 5
### Attempt to Smuggle Goods into the United States
### (18 U.S.C. § 545 and 2)

On or about March 8, 2019, within the District of Hawaii and elsewhere,

MARTIN BARROZO, the defendant, fraudulently and knowingly did attempt to

import and bring into the United States merchandise contrary to law, that is, four

machinegun conversion kits bearing counterfeit Glock logos, and MARTIN

BARROZO, the defendant, fraudulently and knowingly did attempt to receive and

facilitate the transportation of said merchandise after the importation thereof, then

knowing that said merchandise had been imported and brought into the United

States contrary to law, in that they were firearms not registered to him in violation

of 26 U.S.C. § 5861(d),

All in violation of Title 18, United States Code, Section 545.

## FIRST FORFEITURE NOTICE

4

1.     The allegations contained in all paragraphs of this Information are realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 26, United States Code, Section 5872.

2.     The United States hereby gives notice to MARTIN BARROZO, the defendant, that, upon conviction of the offenses in violation of Title 26, United States Code, Section 5861(d), charged in Counts 1, 2 and 3 of this Information, the government will seek forfeiture, pursuant to Title 26 United States Code, Section 5872, of any firearm involved in those offenses.

3.     If any property subject to forfeiture, as a result of the offenses alleged in Counts 1 through 5 of this Information, for which defendant is convicted:

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third party;

     c.  has been placed beyond the jurisdiction of the Court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

## SECOND FORFEITURE NOTICE

1.     The allegations contained in all paragraphs of this Information are realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 924(d).

2.     The United States hereby gives notice to MARTIN BARROZO, the defendant, that, upon conviction of the offenses in violation of Title 26, United States Code Section 5861(d) and Title 18, United States Code Section 545, charged in Counts 1, 2, 3, 4, and 5 of this Information, the government will seek forfeiture, pursuant to Title 18, United States Code, Section 924(d), of any firearm or ammunition involved in or used in those offenses.

3.   If any property subject to forfeiture, as a result of the offenses alleged in Counts 1 through 5 of this Information, for which defendant is convicted:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided

       without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c),

to seek forfeiture of any other property of defendant, up to the value of the

property subject to forfeiture.


    DATED: August 23, 2019, at Honolulu, Hawaii.


KENJI M. PRICE
United States Attorney
District of Hawaii


MARC A. WALLENSTEIN
Assistant United States Attorney




United States v. Martin Barrozo
Information
Cr. No.